UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHARLES WALTERS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No.3:05cv0005 AS |
| | ) | |
| D. McBRIDE, | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

On or about January 3, 2005, *pro se* petitioner, Charles Walters, an inmate at the Wabash Valley Correctional Facility (WVCF) in Carlisle, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The motion to dismiss filed on behalf of the respondent by the Attorney General of Indiana on March 18, 2005, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982). The Attorney General has placed before this court a series of documents designated A through H, both inclusive, which explicate in great detail the proceedings involved.

The petitioner is a convicted felon serving a sentence imposed by a court in the State of Indiana. At the time of the filing of this petition, he was incarcerated in the WVCF which is not in this district, but it is in the territorial area of the U.S. District Court for the Southern District of Indiana. However, the event that is the triggering item here did occur in this district in the Maximum Control Facility in Westville, Indiana. This petitioner was the subject of a prison disciplinary proceeding designated as MCC 04-04-0050. He was

disciplined for unauthorized possession.  The sanctions included loss of recreation and telephone privileges for two months and a written reprimand.  Under *Sandin v. Conner*, 515 U.S. 472 (1995), those sanctions do not implicate a liberty interest.

Nothing in the Attorney General's exhibits A through H explicating this proceeding changes the conclusion that no liberty interest is involved here under an applicable decision of the Supreme Court of the United States.  Therefore, the motion to dismiss is well taken and now **GRANTED**.  **IT IS SO ORDERED**.

**DATED:**  April 21, 2005

                                               **s/ ALLEN SHARP**
                                       **ALLEN SHARP, JUDGE**
                                       **UNITED STATES DISTRICT COURT**